# EXHIBIT E

screenshot-compliantlead.com-2022.04.26-11_32_55
https://compliantlead.com/
26.04.2022



## Complete Control Over Compliance



### ▶ Video Playback

Capture consent in real-time, stopping would-be TCPA litigants in their tracks. All on-page consumer interactions recorded, including data entries, mouse movements and clicks.



### 👆 Fingerprint Matching

Avoid financial and regulatory risks associated with invalid or fake leads by enforcing strict fingerprint checks.

### Create Powerful Rulesets

Take control over your lead acquisition! Our real-time lead insights include lead age, time spent on page, number of keystrokes or clicks, and more.





### Advanced Filtering

Apply custom tags to organize your Compliant Lead tokens, while filters allow you to easily sort large volume of data.

### The Benefits of Compliant Lead

In the lead-gen industry, compliance litigation is inevitable. Compliant Lead offers proof of consent, in addition to these major benefits.

- ✓ Easy Implementation
- ✓ Legal Protection
- ✓ Easy Token Access
- ✓ Securely Hashed Data
- ✓ Fraud Protection
- ✓ Page Text Scanner

**Compliance is a click away**  [See How It Works]

## Noncompliance Can Cost You

### A Look at the Numbers

| $500 | $1,500 | $6.6M |
|---|---|---|
| Penalty per Accidental TCPA Violation[1] | Penalty per Willful TCPA Violation[2] | Average Class Action TCPA settlement[3] |

1. https://www.dnc.com/news/what-are-penalties-associated-tcpa-violations
2. https://www.dnc.com/news/what-tcpa-lawsuit-can-cost-you
3. https://www.dnc.com/news/what-tcpa-lawsuit-can-cost-you

