# EXHIBIT F

4/26/22, 2:04 PM                                                                    Terms and Conditions



# Terms and Conditions

Our Terms and Conditions were last updated on Apr 7, 2022.

The following Terms and Conditions (the "T&Cs," "Terms" or this "Agreement") are a legal agreement between You, an individual or legal entity ("You," "Your"), and Tech Prosper, LLC, a North Carolina Corporation ("Tech Prosper," "We," "Our Company") concerning the use and implementation of any services, including but not limited to Compliant Lead (collectively, the "Services," You agree to abide by this Agreement by clicking the "I Agree" or identically worded option, or by using the Services. In the case where You do not agree with this Agreement, You consequently are not able to use any of our Services. Additionally, You acknowledge that you are at least eighteen (18) years old.

I hereby agree and accept all of the Terms and Conditions within this Agreement.

In the case where You consent to this Agreement on account of a legal entity, You represent and warrant that You have the power to bind that legal entity to this Agreement. Accounts created using "bots" or other automatic means are not allowed.

- **TERMS AND DEFINITIONS**

**1.1 The terms below shall have the meaning given by this paragraph, as follows:**

**1.1.1** The Term "Account" refers to Your password-protected account that You use to access the Services.

**1.1.2** The Term "Our Company's Technology" refers to Our Company's technology, software, hardware, products, processes, algorithms, user interfaces, know-how, and other trade secrets, methods, designs, inventions, and other physical or intangible technical materials or data.

**1.1.2** The California Consumer Privacy Act of 2018, as amended (Cal. Civ. Code 1798.100 to 1798.199), and any related laws or recommendations supplied by the California Attorney General are referred to as the "CCPA." Personal information and commercial purposes, as defined in the CCPA, have the same meaning under this Agreement. "Contracted Business Purposes" means the services described in this Agreement.

**1.1.3** The Term "Your Content and Data" refers to any electronic data, information, or material that the Services acquire and retain as a result of Your use of the Service(s).

**1.1.4** Your Content and Data include, but are not limited to, Lead information that may contain individual, personally identifiable information (PII).

**1.1.5** The Term "Intellectual Property Rights" includes all registered and unregistered rights granted, applied for, or otherwise in existence now and in the future under or associated to each and every patent, copyright, trademark, trade secret, database protection, or other intellectual property rights laws, as well as all similar as well as comparable rights or forms of protection in every part of the world.

**1.1.6** The term "lead" refers to a data record referring to an individual or business, as well as additional contact data and information.

**1.1.7** The term "Order Form" refers to a written agreement signed by You and Our Company, or even an electronic form provided by You and accepted by Us, that identifies the Service(s) You have agreed to acquire and the associated prices.

**1.1.8** The term "Third-Party Services" refers to any services, materials, or information that are not exclusive to Our Company, in any form or manner, including any third-party:  Documents, data, information, or specifications; software, hardware, or other commodities, facilities, equipment, or devices; and accessories, components, parts, or aspects of any of the aforementioned.

**1.1.9** The term "User" refers to the individual user login connected with an Account. There may be several Users in an Account as long as all Users agree to abide by this Agreement.

- **DESCRIPTIONS OF SERVICES**

- 2.1**Compliant Lead:** The Compliant Lead Service is a Lead certification service that autonomously certifies the provenance of Internet Leads using proprietary JavaScript ("Compliant Lead Script") deployed on a web page with a contact request form. The Compliant Lead Script generates a digital token ("Compliant Lead Token"), which is given as an extra data field with the Lead. The Compliant Lead Token contains details on the site visitor, the time of visit, and the site viewed, as well as

a recording of the lead interactions with the page as it appeared to the site visitor. Compliant Lead Tokens expire ninety (90) days after they are generated, unless stored by a Compliant Lead Account holder (the "Standard Token Expiration Period"). Our Company has no jurisdiction over what data a site visitor enters into a contact request form. As a result, We expressly disclaim any liability for such data or its compliance or noncompliance with relevant laws and regulations, such as the Telephone Consumer Protection Act and any rule or regulation put in place thereunder by the Federal Trade Commission, Federal Communication Commission, or other governing agency. We do not give legal advice, whether through the Compliant Lead Service or elsewhere, and any issues about the adequacy of the Compliant Lead Token as a record of permission should be directed to a counsel who specializes in this area of law.

Please review the Compliant Lead Script End User License Agreement ("Compliant Lead Script EULA") accessible on our website for additional data available on the Compliant Lead Token. The Compliant Lead Script EULA controls the usage of the Compliant Lead Script by website operators and Account holders, to the degree that the Compliant Lead Script has been installed to their webpage.

- 2.3.**Marketplace Integrations:** Our Company may offer third-party services through Compliant Lead that are subject to additional terms and conditions, and You agree to be bound by such terms and restrictions to the extent they are disclosed to You in advance. You also agree not to utilize Third-Party Services for any credit reporting function as defined by the Fair Credit Reporting Act (15 U.S.C. 1681 et seq.).

- **RESPONSIBILITIES AND ACKNOWLEDGEMENTS**

- 3.1.Pursuant to your affirmation and adherence with these Terms and Conditions, as well as Your payment of the service charges set forth in the Order Form, Our Company henceforth grants You a limited, nonexclusive, non-transferable, non-sub-licensable, cancellable right and license to use the Services You selected in the Order Form and solely and exclusively as contemplated by this Agreement during the Term (defined below). Our Company retains all rights not expressly granted in this Agreement. You might access and use the Services for Your business purposes, particularly in conjunction with other software, hardware, systems, networks, and services, as long as such accessibility and use are compatible with the specified use of the Services, as defined in this Agreement.

- 3.2.Except as specifically stated in this Agreement, You are not given any license or other rights in Our Company's Technology, and all relevant rights are explicitly retained. Therefore, either directly or indirectly, any portion of Our Company's Technology may not be modified, copied, or transformed into a derivative work. Furthermore, you are expressly prohibited from reverse engineering, disassembling, or decompiling any of Our Company's Technology. In addition to the aforementioned points, You shall not divulge the results of any benchmarking of the Services without Our prior written agreement, or attempt to get around any use monitoring, usage limitations, or other usage restrictions incorporated into the Service.
- 3.3.The Services are offered purely for Your convenience and not for the profit of any parent, subsidiary, or affiliate, whether by implication or otherwise. Without Our specific written approval, you may not pass through, license, resell, re-provision, or rent the Services (for a fee or without charge), or enable third parties to use the Services. Violation of this section may lead in suspension, cancellation, or other prohibitions on Your use of the Services, in addition to any other remedies available to Us.
- 3.4.To complete the enrollment process, you must give Your full legal name, a valid email address, and any other information needed in the Order Form. For Your Account, you will choose an administrative username and password, and You shall be completely responsible for keeping Your Account secure. You must inform Our Company promptly of any unauthorized use of the Services or any other known or suspected security violation.
- 3.5. You acknowledge and agree that You will abide by all relevant local, state, national, and foreign laws, treaties, and regulations in connection with your use and access to the Services, together with but without limitation, Federal Trade Commission implementing regulations, the Gramm-Leach Bliley Act, the Fair Credit Reporting Act, the Federal Trade Commission Act, the CAN-SPAM Act of 2003, as amended, the Telephone Consumer Protection Act, the Fair Debt Collection Practices Act, the Federal Communications Act, the Amended Telemarketing Sale Rule ("ATSR"), 16 CFR 310 et seq., as well as those regulating the National Do Not Call Registry, as well as all rules and regulations adopted in accordance with any of the above.
- 3.6.Taking into consideration the above mentioned, You agree that you shall:

- be liable for all activity that takes place under Your Account;
- be solely responsible for the correctness, quality, integrity, legality, dependability, and appropriateness of all Your Content and Data; will use commercially reasonable efforts to prevent unauthorized access to, or use of, the Services;
- not use the Services to violate any laws or regulations, or to infringe on third-party intellectual property or other rights.
- not convey any content containing viruses or other malicious computer code or files in conjunction with Your use of the Services;
- not utilize the Services for any defamation, libel, slander, obscenity, or violation of privacy or publicity rights, encouraging violence, hatred, or racial or religious intolerance, or any other offensive, harassing, or unlawful behavior. Even though We have no responsibility to monitor Your Content and Data or Your use of the Services, Our Company reserves the right to do so and may delete Your Content and Data and ban Your use of the Services if we determine, in our sole and absolute discretion, that you have violated the above.

- 5.7.You are aware that Our Company relies on third-party suppliers and hosting partners to supply the hardware, software, networking, storage, and other technologies necessary to run the Services. You recognize that, while the Services are intended to support existing, upgraded versions of all major Internet browsers, some web browser or browser versions may not always be compatible with the Services.

- 5.8.If you have a Compliant Lead Account and are a licensee of the Compliant Lead Script, You consent to the conditions outlined in the Compliant Lead EULA, which is available on their website.

- **TECHNICAL UPGRADES**

- **4.1.** Under the authority granted to it by these Terms and Conditions, our company has the ability to make any upgrades or modifications to the Services ("Technical Updates").

- **DATA STORAGE AND DESTRUCTION**

Data storage and disposal rules differ according to each service, as detailed below.

**5.1 Compliant Lead:** Compliant Lead is intended to keep Stored Tokens for as long as they are required to accomplish the function for which they have been established. After the Token Store Period, unstored Compliant Lead Tokens are immediately deleted. The Token Store Period is meant to provide You enough time to study the data generated by the Compliant Lead Token and to store the Compliant Lead Token before it is deleted. As a result, throughout the Token Store Period, You may evaluate any Compliant Lead Token at no cost. Stored Compliant Lead Tokens will be kept for the time period determined by the Compliant Lead Account holder who stored the Token. Stored Compliant Lead Tokens that are more than thirty (30) days old may be subject to a three (3) to five (5) hour retrieval delay.

**5.2** In the case where you need to erase an individual consumer's record from our systems, please email support@compliantlead.com. Our support staff will work together to ensure that all relevant data is erased. In the case of Compliant Lead Tokens, you must give us the Token URL. We do not have a mechanism to find an individual Compliant Lead Token using PII.

- **SENSITIVE DATA**

**6.1** "Sensitive Data" is defined as information that, if published without authorization, might cause serious economic, reputational, or privacy harm to the data subject. Social security numbers, passwords, security challenge information, and driver's license numbers are all examples of Sensitive Data.

**6.2** You may not gather Sensitive Data using Compliant Lead

You agree not to use the Services to collect Sensitive Data in field types that are not clearly marked for Sensitive Data, or to bypass the security mechanisms mentioned herein in any way.

- **PROFESSIONAL SERVICES**

At any time, Our Company shall be able to execute certain professional services on an hourly or contract basis, such as integrating Our Company's products with client systems or modifying the Services ("Professional Services"). Professional Services shall be undertaken only with Your prior consent, and You will be charged at the rate specified on your Order Form or at other rates you have approved in writing in advance. Professional Services will be paid in 15-minute intervals, with a minimum of 15 minutes. In the case where the Professional Services hours are booked in advance, there are no refunds and no remaining time is carried over to the next period.  Our Company shall maintain the entire and exclusive right to manage or direct the way or means by which the Professional Services are conducted, and we may subcontract or transfer any or all of our duties and rights under this Agreement to undertake the Professional Services. All right, title, and interest, including all Intellectual Property Rights, in any ideas, know-how, and software produced by Us or Our licensors during the execution of the Professional Services shall be retained by Our Company or its licensors. Any total charge estimates supplied on a time and materials basis are merely estimates. Delays caused by You may have an influence on anticipated prices and hours.

- **YOUR CONTENT AND DATA; PRIVACY**

- 8.1. Your Content and Data do not belong to us. You represent and warrant that You have the legal permission to collect, use, promote, sell, or distribute Your Content and Data, including but not limited to Leads. No part of this Agreement should be interpreted as providing Us the right to collect, use, market, sell, or distribute Your Content and Data other than as expressly stated in this Agreement. By accepting this Agreement, You grant Our Company a nonexclusive, non-transferable, royalty-free, fully paid up, limited license for using Your Content and Data purely for the intent of conducting Our obligations or exercising Our authority as stated in these Terms and Conditions and all relevant and applicable Law.

- 8.2.Despite the aforementioned, We reserve the right to use aggregate, anonymized data relating to Compliant Lead Service usage (i.e., usage data which contains no personally identifiable information or Confidential Information) for legitimate business purposes, such as monitoring and providing information on general trends in the industry. Nevertheless, You concur to comply with all relevant local, state, national, foreign, and international laws and regulations, and You agree to be explicitly willing to take responsibility for all acts or omissions that occur under Your account or password, including but not limited to the content of Your transmissions via the Services.

- 8.3.You also acknowledge and agree that Your privacy policy outlines the sorts of personal data You collect, how You use such data, as to whether this information is discussed with other parties, and how such shared data is used by third parties. You are entirely accountable for guaranteeing that Your privacy policy satisfies all applicable legal requirements.
- 8.4.**You will not use a Service to:**

- obtain or seek to collect personally identifiable data about third parties without their knowledge or permission;
- obtain or save account numbers from credit cards, debit cards, bank accounts, or other financial systems;
- acquire or keep United States Social Security Numbers or other personal identifying numbers issued by other governments, unless as specifically stated in this Agreement;
- obtain, record, and otherwise manage personal details in contravention of any relevant legislation, including, but not limited to, the United States Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the United States Children's Online Privacy Protection Act of 1998 ("COPPA"), or the EU Data Protection Directive 95/46 and implementing legislation; or
- obtain, record, and otherwise manage personal details in contravention of Your privacy policy. You acknowledge and understand that Tech Prosper, Inc. is not certified under the U.S.-EU Privacy Shield framework, and You accept any

Terms and Conditions

associated risks.

**8.5** In the case where You have a Compliant Lead Account and have implemented the Compliant Lead Script on Your website page, You moreover acknowledge and agree that Your privacy policy explicitly and evidently reveals the use of third-party tracking technology and otherwise meets the requirements set out in the Compliant Lead EULA, which is available in their website.

- 5.6.Our Company's CCPA Obligations:
- Our Company shall only collect, use, keep, or disclose personal information for the Contracted Business Purposes for which You submit or provide access to personal data.

(ii) We shall not acquire, utilize, keep, disclose, sell, or otherwise make personal data accessible for Our Company's own commercial interests or in a manner that violates the CCPA. In the case where a Law compels Us to release personal data for a reason unrelated to the Contracted Business Purpose, We shall first notify You of the legal obligation and provide You with a chance to protest or dispute the demand, unless the law prevents such disclosure.

(iii) Our Company shall limit the acquisition, utilization, preservation, and disclosure of personal data to actions that are reasonably required and reasonable to achieving the Contracted Business Purposes or another complementary operational purpose.

(iv) Our Company shall quickly adhere to Your request or order to share, modify, transfer, or delete personal information, or to halt, minimize, or cure any illegal processing; and

(v) Our Company shall contractually compel any partner using the Compliant Lead Script to present consumers with a CCPA-compliant notification that details data usage and collecting methods. We shall collaborate and help You in completing Your CCPA compliance duties and responding to CCPA-related questions, including responding to verifiable consumer requests, while keeping in mind the nature of Our Company's processing and the information accessible to Us. We must tell You immediately if we receive any complaint, notification, or communication relating to either party's compliance with the CCPA, whether directly or indirectly. In particular, if We receive a credible consumer request under the CCPA, it must notify You within twenty (20) working days.

**8.7** CCPA Warranties and Certification: When collecting, utilizing, maintaining, or disclosing personal information, both parties shall comply with all relevant CCPA regulations. Our Company declares that it acknowledges and shall adhere with the limits and prohibitions in this Agreement and the CCPA on selling personal data and maintaining, utilizing, or disclosing personal information outside of the parties' direct commercial relationship. We guarantee that we have no reason to think that any CCPA requirements or limitations will prevent us from completing any of the Contracted Business Purposes or otherwise complying with this Agreement. Any modifications to the CCPA's criteria that may have a detrimental effect on Our Company's performance under the Agreement must be communicated to You as soon as possible.

- **INTELLECTUAL PROPERTY OWNERSHIP**

You recognize and agree to the following:

- The Services and Our Company are licensed, not sold to You, and You are not and will not have or receive any ownership stake in the Services or Our or any associated Intellectual Property Rights under or in conjunction with this Agreement;
- Our Company and its licensor(s) possess and will hold all right, title, and interest in and to the Services and Our Company's Technology, which include all Intellectual Property Rights pertaining thereto, subject only to third-party rights in open-source components and the limited license granted to You under this Agreement; and

(iii) You henceforth unquestioningly and irrefutably designate to Our Company all of Your Intellectual Property Rights in or pertaining to the Services or Our Company's Technology (along with any privileges in derivative works or patent improvements made in relation to either of them), regardless of whether held or obtained by operation of law, contract, assignment, or otherwise. With the exception of the limited rights and licenses clearly and explicitly conferred in this Agreement, nothing in this Agreement grants You or any third party any Intellectual Property Rights or other right, title, or interest in or to any of the Services or Our Company's Technology by implication, waiver, estoppel, or otherwise.

- **CONFIDENTIAL INFORMATION**

For the duration of these Terms and Conditions, each of the parties have the ability to release specific proprietary or closed source information to the other party relating to the other party's business, products, processes, pricing, customer profiles, methods of operations, and confidential or proprietary or that a reasonable party would understand to be confidential or proprietary ("Confidential Information").

With the following exceptions, neither party may utilize the other party's Confidential Information:

- information that is or becomes widely known to the general public;
- information in its possession or knowledge prior to receipt from the other party;

Terms and Conditions

- information that was legally and unrestrictedly supplied to it by a third party;
- information that was independently created without the use of any other party's proprietary information; or
- information is required by law or governmental regulation to be revealed.

- **PAYMENT TERMS; TAXES**

  You agree to pay all costs shown on Your Order Form. You shall supply Our Company with a legitimate credit card or ACH
  number, as well as a valid purchase order or other document that is fairly acceptable to us. When You submit credit card or
  ACH information, You allow Us to charge such credit card or bank account for the Services indicated on the Order Form for
  the first term as well as any renewal periods. Fees will be charged in advance, either monthly or according to the billing
  frequency specified in the corresponding Order Form. Unless otherwise indicated in the Order Form, we will bill You in
  advance for any regularly recurring costs, such as subscription fees, and in arrears for all usage-based fees. We have the
  right to raise subscription costs for any renewal periods. In the rare occasion that our subscription costs rise, the increase will
  be no more than 5% over the prior period. You will furnish us with such information as is substantially necessary to assess
  whether we should be required to collect taxes from You. Fees do not include any foreign, federal, state, or municipal sales,
  use, or other equivalent taxes levied on the Services, regardless of their designation. You agree to pay or reimburse Us for
  any and all taxes levied on Our Company.

  Any amount outstanding by You that is not paid when due will accrue interest at the rate of one percent (1%) per month, or
  the maximum authorized by law, whichever is less. You agree to pay Us reasonable charges and expenses (including
  reasonable lawyers' fees) in order for Us to pursue Our rights under this Agreement.  You must notify Us in writing of any fee
  dispute (together with substantiating documents and a fairly thorough description of the issue) within 10 business days of
  invoicing, or your right to contest such fees will be eternally forfeited. You agree to pay any monies owed to Our Company
  under this Agreement in full, without any setoff, recoupment, counterclaim, deduction, debit, or withholding for any reason
  (other than any deduction or withholding of tax as may be required by applicable law). Any disagreements will be resolved
  swiftly and in good faith by the parties.

- **DURATION AND TERMINATION OF THIS AGREEMENT**

  The duration of this Agreement (the "Term") will begin on the Service Commencement date specified on the Order Form,
  whichever is later.

- the date on which you click the I AGREE (or similarly marked button) while registering up online;
- the date You first use the Services; or
- the date on which You sign the Order Form and the Services are made accessible to You.

  The Terms shall remain in force as long as You continue to use the Services and therefore will be applicable until
  discontinued by You or Our Company. We retain the authority, with or without previous warning, to update, limit, or modify
  the Services. Our Company retains the right, with 30 days' notice, to cancel or permanently cease delivering the Services. In
  the case where this Agreement is terminated, all of Your Content and Data may be promptly erased from Our Company's
  system.

- **SECURITY MEASURES**

  Our Company's products are hosted in facilities that adhere to industry security best practices, including SOC 2 certification.
  All of our products employ industry-standard security features. You understand and accept, nonetheless, that no security
  mechanism is perfect or impregnable, and We will not be made accountable for unauthorized access to our systems or
  databases. As a result, We cannot and do not guarantee that unauthorized parties will not get access to Your Content and
  Data. Nevertheless, We shall take any appropriate measures to prevent such events and do Our best, as appropriate, to
  protect such Data.

- **PUBLICITY**

  Our Company retains the right to include Your name and company logo in our advertising content to identify You as a
  customer of Our Company. You may request that we cease doing so at any moment by sending an email to
  support@leadprosper.io. Please keep in mind that it may take up to 30 days for us to process Your request.

- **MODIFICATIONS**

  Our Company maintains the right, at any moment, to change and modify this Agreement. This Agreement shall apply to
  any new features that change the Services, including the provision of new tools and resources. Your continuous use of the
  Services following any such revisions or adjustments indicates that You consent to and agree with those modifications. You
  understand that staying informed **and up-to-date** is Your **own responsibility**, and Our Company shall have no liability in
  the event of incompetence.

- **NOTICES**

  You must submit any notices required by this Agreement in writing to Our Company by email to support@leadprosper.io.
  Our Company's notice to You shall be considered delivered when sent to the email address You used to create Your

Account**.** If You send us an email, You agree that the User ID and nickname in the email are legally adequate to identify You as the source.

- **GOVERNING LAW**

This Agreement will be governed by the laws of the State of North Carolina, without regard to conflict of laws principles. You agree to submit to the personal jurisdiction of the federal and state courts in North Carolina, and you waive any objections to such jurisdiction or venue.

The parties agree that the substantive laws of the State of North Carolina, excluding its conflicts of law provisions, shall govern, interpret, and enforce all of the parties' rights and responsibilities arising from or pertaining to the subject matter of this agreement. The Parties hereby consent to and waive any objections to the exclusive personal jurisdiction and venue of the state and federal courts located in North Carolina and waive any objections to such jurisdiction or venue.

- **INDEMNIFICATION**

You agree to defend, indemnify, and hold us and our subsidiaries and our and their respective officers, directors, board members, board advisors, employees, partners, agents, successors and assigns harmless from any loss, liability, claim, or demand, including reasonable attorneys' fees and costs, made by any third party due to or otherwise arising from your use of Our Services including due to or arising from your breach of any provision of these Terms and Conditions

- **LIMIT OF LIABILITY**

TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT SHALL THE COMPANY(AND ITS OFFICERS, EMPLOYEES, PARENT, SUBSIDIARIES, AND AFFILIATES) BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THE SERVICES, WHETHER OR NOT COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR FROM ANY COMMUNICATIONS, INTERACTIONS OR MEETINGS WITH OTHER USERS OF THE SITE OR SERVICES, ON ANY THEORY OF LIABILITY (INCLUDING CONTRACT, TORT INCLUDING NEGLIGENCE, OR HOWSOEVER OTHERWISE) ARISING OUT OF, IN CONNECTION WITH, OR RESULTING FROM THE SERVICES. COMPANY'S AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SERVICES SHALL IN NO EVENT EXCEED THE GREATER OF $500 OR THE AMOUNT PAID BY YOU TO COMPANY FOR THE 12 MONTHS PRECEDING THE SERVICES IN QUESTION.

- **GENERAL PROVISIONS**

**20.1** All of the parties' responsibilities under this Agreement that, by definition, would remain further than the expiration of the Terms, which include, without limitation, those pertaining to the parties' representations and warranties, indemnification, and limitation of liability, shall survive such termination.

**20.2** You may not assign or transfer this Agreement, or any of Your rights or responsibilities under it, in whole or in part, to any individual. Any effort to do so will be null and invalid. We have the capability and We may freely assign this Agreement in whole or in part, with or without notice.

**20.3** The parties' relation is that of independent contractors. That is, nothing about this Agreement shall be understood as establishing any agency, partnership, joint venture, or other form of joint business, employment, or fiduciary relationship between the parties, and neither party shall have any power to negotiate for or bind the other party in any way.

**20.4** Our Company's failure to enforce strict compliance with any of the conditions of this Agreement at any time shall not be interpreted as a waiver of such terms in the future. In the case where any section of this Agreement is found to be invalid, unlawful, or unenforceable, the remaining terms of this Agreement will continue in full force and effect, and the impossible to enforce part will be interpreted as closely as practicable to represent the parties' original purposes.

**20.5** This Agreement is solely for the benefit of the parties hereunder and their respective successors and assigns, and nothing in this Agreement, express or implied, is intended to or shall confer on any other person or entity any legal or equitable right, benefit, or remedy of any kind under or by reason of this Agreement.

- **FORCE MAJEURE**

**21.1** None of the Parties shall be responsible for any failure or delay in executing an obligation under this Agreement caused by any of the following circumstances (collectively referred to as "Force Majeure"), to the extent beyond its reasonable control: acts of God, accident, riots, war, terrorist act, epidemic, pandemic, quarantine, civil commotion, breakdown of communication facilities, breakdown of web host, breakdown of internet service provider, natural catastrophes, governmental acts or omissions, changes in laws or regulations, national strikes, fire, explosion, or generalized lack of availability of raw materials or energy; provided that the Parties stipulate that Force Majeure shall not include the novel coronavirus Covid-19 pandemic, which is ongoing as of the date of the execution of this Agreement.

For the prevention of dispute, Force Majeure shall not include:

Terms and Conditions

(a) financial distress or either party's inability to make a profit or avoid a financial loss;

(b) changes in market pricing or circumstances; or

(c) a party's financial incapacity to execute its obligations under this Agreement.

**21.2** The Parties expressly recognize that, while present occurrences linked to the COVID-19 pandemic are known, future consequences of the outbreak are unknown and shall be regarded a Force Majeure Event to the extent that they preclude a Party from performing its responsibilities under this Agreement.



Compliant Lead offers the security of independent proof of consent and the performance advantages of real-time lead data — all with an easy implementation into your existing workflows.

RESOURCES

Home
News
Features

SUPPORT

Pricing
Privacy
Terms

© 2022 Compliant Lead. All rights reserved.
36 Rosscraggon Rd Suite F, Asheville, NC 28803, USA