# EXHIBIT I

Claim Chart – '417 Patent

| Claim 1 | Compliant Lead |
|---|---|
| [1.0] A method comprising | Compliant Lead is a method comprising: |
| [1.1] receiving a first request at a lead verification server from a web browser in response to the web browser visiting a web page of a lead generating website and executing a lead verification service script, the lead generating website configured to collect lead data for a lead generator | Compliant Lead receives a first request at a lead verification server from a web browser in response to the web browser visiting a web page of a lead generating website and executing a lead verification service script, the lead generating website configured to collect lead data for a lead generator: <br><br> 2.1.**Compliant Lead:** The Compliant Lead Service is a Lead certification service that autonomously certifies the provenance of Internet Leads using proprietary JavaScript ("Compliant Lead Script") deployed on a web page with a contact request form. The Compliant Lead Script generates a digital token ("Compliant Lead Token"), which is given as an extra data field with the Lead. The Compliant Lead Token contains details on the site visitor, the time of visit, and the site viewed, as well as a screenshot of the page as it appeared to the site visitor. Compliant Lead Tokens expire three (3) days after they are generated until claimed or the claiming time is extended for a three (3) month term by a Compliant Lead Account holder (the "Claiming Period"). Our Company has no jurisdiction over what data a site visitor enters into a contact request form. As a result, We expressly disclaim any liability for such data or its compliance or noncompliance with relevant laws and regulations, such as the Telephone Consumer Protection Act and any rule or regulation put in place thereunder by the Federal Trade Commission, Federal Communication Commission, or other governing agency. We do not give legal advice, whether through the Compliant Lead Service or elsewhere, and any issues about the adequacy of the Compliant Lead Token as a record of permission should be directed to a counsel who specializes in this area of law. |

Claim Chart – '417 Patent

| [1.2] responding to the first request at the lead verification server by sending a reference key to the web browser | Complaint Lead responds to the first request at the lead verification server by sending a reference key to the web browser:<br><br>2.1.**Compliant Lead:** The Compliant Lead Service is a Lead certification service that autonomously certifies the provenance of Internet Leads using proprietary JavaScript ("Compliant Lead Script") deployed on a web page with a contact request form. The Compliant Lead Script generates a digital token ("Compliant Lead Token"), which is given as an extra data field with the Lead. The Compliant Lead Token contains details on the site visitor, the time of visit, and the site viewed, as well as a screenshot of the page as it appeared to the site visitor. Compliant Lead Tokens expire three (3) days after they are generated until claimed or the claiming time is extended for a three (3) month term by a Compliant Lead Account holder (the "Claiming Period"). Our Company has no jurisdiction over what data a site visitor enters into a contact request form. As a result, We expressly disclaim any liability for such data or its compliance or noncompliance with relevant laws and regulations, such as the Telephone Consumer Protection Act and any rule or regulation put in place thereunder by the Federal Trade Commission, Federal Communication Commission, or other governing agency. We do not give legal advice, whether through the Compliant Lead Service or elsewhere, and any issues about the adequacy of the Compliant Lead Token as a record of permission should be directed to a counsel who specializes in this area of law.<br><br> |

Claim Chart – '417 Patent

| [1.3] collecting information about the lead generating website and information associated with a user of the web browser | Compliant Lead collects information about the lead generating website and information associated with a user of the web browser:  |
|---|---|

Claim Chart – '417 Patent

| [1.4] associating the collected information with the reference key | Compliant Lead associates the collected information with a reference key:<br><br>2.1.**Compliant Lead:** The Compliant Lead Service is a Lead certification service that autonomously certifies the provenance of Internet Leads using proprietary JavaScript ("Compliant Lead Script") deployed on a web page with a contact request form. The Compliant Lead Script generates a digital token ("Compliant Lead Token"), which is given as an extra data field with the Lead. The Compliant Lead Token contains details on the site visitor, the time of visit, and the site viewed, as well as a screenshot of the page as it appeared to the site visitor. Compliant Lead Tokens expire three (3) days after they are generated until claimed or the claiming time is extended for a three (3) month term by a Compliant Lead Account holder (the "Claiming Period"). Our Company has no jurisdiction over what data a site visitor enters into a contact request form. As a result, We expressly disclaim any liability for such data or its compliance or noncompliance with relevant laws and regulations, such as the Telephone Consumer Protection Act and any rule or regulation put in place thereunder by the Federal Trade Commission, Federal Communication Commission, or other governing agency. We do not give legal advice, whether through the Compliant Lead Service or elsewhere, and any issues about the adequacy of the Compliant Lead Token as a record of permission should be directed to a counsel who specializes in this area of law.<br><br> |
|---|---|

Claim Chart – '417 Patent

| | |
|---|---|
| **[1.5]** receiving, from an interested third party that is separate from the lead generating website and the lead generator after the interested third party receives the lead data and the reference key from the lead generator, a second request for verification of the lead data, the second request including the reference key | Compliant Lead receives from an interested third party that is separate from the lead generating website and the lead generator after the interested third party receives the lead data and the reference key from the lead generator, a second request for verification of the lead data, the second request including the reference key: <br><br> 2.1.**Compliant Lead:** The Compliant Lead Service is a Lead certification service that autonomously certifies the provenance of Internet Leads using proprietary JavaScript ("Compliant Lead Script") deployed on a web page with a contact request form. The Compliant Lead Script generates a digital token ("Compliant Lead Token"), which is given as an extra data field with the Lead. The Compliant Lead Token contains details on the site visitor, the time of visit, and the site viewed, as well as a screenshot of the page as it appeared to the site visitor. Compliant Lead Tokens expire three (3) days after they are generated until claimed or the claiming time is extended for a three (3) month term by a Compliant Lead Account holder (the "Claiming Period"). Our Company has no jurisdiction over what data a site visitor enters into a contact request form. As a result, We expressly disclaim any liability for such data or its compliance or noncompliance with relevant laws and regulations, such as the Telephone Consumer Protection Act and any rule or regulation put in place thereunder by the Federal Trade Commission, Federal Communication Commission, or other governing agency. We do not give legal advice, whether through the Compliant Lead Service or elsewhere, and any issues about the adequacy of the Compliant Lead Token as a record of permission should be directed to a counsel who specializes in this area of law. |
| **[1.6]** in response to the second request, sending at least some of the collected information to the interested third party | In response to the second request, Complaint Lead sends at least some of the collected information to the interested third party: <br><br> 2.1.**Compliant Lead:** The Compliant Lead Service is a Lead certification service that autonomously certifies the provenance of Internet Leads using proprietary JavaScript ("Compliant Lead Script") deployed on a web page with a contact request form. The Compliant Lead Script generates a digital token ("Compliant Lead Token"), which is given as an extra data field with the Lead. The Compliant Lead Token contains details on the site visitor, the time of visit, and the site viewed, as well as a screenshot of the page as it appeared to the site visitor. Compliant Lead Tokens expire three (3) days after they are generated until claimed or the claiming time is extended for a three (3) month term by a Compliant Lead Account holder (the "Claiming Period"). Our Company has no jurisdiction over what data a site visitor enters into a contact request form. As a result, We expressly disclaim any liability for such data or its compliance or noncompliance with relevant laws and regulations, such as the Telephone Consumer Protection Act and any rule or regulation put in place thereunder by the Federal Trade Commission, Federal Communication Commission, or other governing agency. We do not give legal advice, whether through the Compliant Lead Service or elsewhere, and any issues about the adequacy of the Compliant Lead Token as a record of permission should be directed to a counsel who specializes in this area of law. |