UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACTIVEPROSPECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECH PROSPER LLC a/k/a COMPLIANT LEAD a/k/a LEAD PROSPER and DATA PROSPER, LLC, <br><br> Defendants. | Civil Action No. 6:22-cv-00525 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ActiveProspect, Inc. submits the following corporate disclosure statement: Plaintiff ActiveProspect, Inc. has no parent corporation and no publicly held corporation owns 10% of more of its stock.

Dated: May 25, 2022

Respectfully submitted,

*/s/ Michael A. McCabe*
Michael A. McCabe
Texas Bar No. 24007628
mmccabe@munckwilson.com
Amy. E. LaValle
Texas Bar No. 24040529
alavalle@munckwilson.com
MUNCK WILSON MANDALA, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251
(972) 628-3600
(972) 628-3616 fax

*Attorneys for Plaintiff ActiveProspect, Inc.*

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing document has been served via email and overnight delivery via Federal Express to the following attorney for Defendants:

Robert Garson
20803 Biscayne Boulevard, Suite 405
Aventura, Florida 33180
rg@gs2law.com
(305) 780-5212

                 */s/ Michael A. McCabe*
                 Michael A. McCabe