# EXHIBIT A-10

[Ticket Reference](#)

User records in TF db

```
[
  %Accounts.User{
    __meta__: #Ecto.Schema.Metadata<:loaded, "users">,
    account_id: "5e58105ae68f5258f3984f3d",
    api_key: "9a237b5fa36af171ff40cf798935cda8",
    created_at: ~U[2021-10-18 20:24:10Z],
    email: "ross@leadprosper.io",
    first_name: "Testing",
    id: "616dd71b9f49b909654f72eb",
    last_name: "Testing",
    phone: nil,
    sso_expires_at: nil,
    superuser?: false,
    updated_at: ~U[2022-03-25 18:49:35Z]
  },
  %Accounts.User{
    __meta__: #Ecto.Schema.Metadata<:loaded, "users">,
    account_id: "5e58105ae68f5258f3984f3d",
    api_key: "91ac4eb1bb30116911a2316bb378fef0",
    created_at: ~U[2020-02-27 18:54:17Z],
    email: "ross@dataprosper.com",
    first_name: "Ross",
    id: "5e581059e68f5258f3984f3b",
    last_name: "Breiman",
    phone: "9542543624",
    sso_expires_at: ~U[2021-02-05 20:03:20Z],
    superuser?: false,
    updated_at: ~U[2022-03-25 18:49:21Z]
  }
]
```

Sessions in Postgres

```
[
 %Accounts.Sessions.Session{
  __meta__: #Ecto.Schema.Metadata<:loaded, "sessions">,
  account_sso_id: "5e58105ae68f5258f3984f3d",
  id: "26eb4f38-33b8-404c-8d15-2c0cbcd3cf7f",
  inserted_at: ~N[2022-02-14 19:47:25],
  other_accounts: [],
  products: [
   %Accounts.Sessions.Session.Product{
        base_url: "https://app.leadconduit.com",
    id: "lcx",
```

```
      marketing_url: "https://activeprospect.com/products/leadconduit/",
   name: "LeadConduit",
   subscribed: true
  },
  %Accounts.Sessions.Session.Product{
      base_url: "https://app.suppressionlist.com",
   id: "suppressionlist",
      marketing_url: "https://activeprospect.com/products/leadconduit/",
   name: "SuppressionList",
   subscribed: true
  }
 ],
 user_sso_id: "616dd71b9f49b909654f72eb"
},
%Accounts.Sessions.Session{
 __meta__: #Ecto.Schema.Metadata<:loaded, "sessions">,
 account_sso_id: "5e58105ae68f5258f3984f3d",
 id: "eaefdaf3-83ab-4537-b8a3-6bfcf26f491f",
 inserted_at: ~N[2022-02-18 21:18:24],
 other_accounts: [],
 products: [
  %Accounts.Sessions.Session.Product{
      base_url: "https://app.leadconduit.com",
   id: "lcx",
      marketing_url: "https://activeprospect.com/products/leadconduit/",
   name: "LeadConduit",
   subscribed: true
  },
  %Accounts.Sessions.Session.Product{
      base_url: "https://app.suppressionlist.com",
   id: "suppressionlist",
      marketing_url: "https://activeprospect.com/products/leadconduit/",
   name: "SuppressionList",
   subscribed: true
  }
 ],
 user_sso_id: "616dd71b9f49b909654f72eb"
},
%Accounts.Sessions.Session{
 __meta__: #Ecto.Schema.Metadata<:loaded, "sessions">,
 account_sso_id: "5e58105ae68f5258f3984f3d",
 id: "4ed9b85e-2d3a-4069-b8d1-486e95554d08",
 inserted_at: ~N[2022-02-24 03:05:46],
 other_accounts: [],
 products: [
  %Accounts.Sessions.Session.Product{
      base_url: "https://app.leadconduit.com",
   id: "lcx",
      marketing_url: "https://activeprospect.com/products/leadconduit/",
```

```
   name: "LeadConduit",
   subscribed: true
  },
  %Accounts.Sessions.Session.Product{
      base_url: "https://app.suppressionlist.com",
   id: "suppressionlist",
      marketing_url: "https://activeprospect.com/products/leadconduit/",
   name: "SuppressionList",
   subscribed: true
  }
 ],
 user_sso_id: "5e581059e68f5258f3984f3b"
},
%Accounts.Sessions.Session{
 __meta__: #Ecto.Schema.Metadata<:loaded, "sessions">,
 account_sso_id: "5e58105ae68f5258f3984f3d",
 id: "8cc2788b-f2c0-4750-ade2-35c85ca01581",
 inserted_at: ~N[2022-02-24 03:10:23],
 other_accounts: [],
 products: [
  %Accounts.Sessions.Session.Product{
      base_url: "https://app.leadconduit.com",
   id: "lcx",
      marketing_url: "https://activeprospect.com/products/leadconduit/",
   name: "LeadConduit",
   subscribed: true
  },
  %Accounts.Sessions.Session.Product{
      base_url: "https://app.suppressionlist.com",
   id: "suppressionlist",
      marketing_url: "https://activeprospect.com/products/leadconduit/",
   name: "SuppressionList",
   subscribed: true
  }
 ],
 user_sso_id: "5e581059e68f5258f3984f3b"
},
%Accounts.Sessions.Session{
 __meta__: #Ecto.Schema.Metadata<:loaded, "sessions">,
 account_sso_id: "5e58105ae68f5258f3984f3d",
 id: "f25d65e3-9913-4a58-a621-167aa312ee2c",
 inserted_at: ~N[2022-02-27 22:18:35],
 other_accounts: [],
 products: [
  %Accounts.Sessions.Session.Product{
      base_url: "https://app.leadconduit.com",
   id: "lcx",
      marketing_url: "https://activeprospect.com/products/leadconduit/",
   name: "LeadConduit",
```

```
      subscribed: true
     },
     %Accounts.Sessions.Session.Product{
         base_url: "https://app.suppressionlist.com",
      id: "suppressionlist",
         marketing_url: "https://activeprospect.com/products/leadconduit/",
      name: "SuppressionList",
      subscribed: true
     }
   ],
   user_sso_id: "5e581059e68f5258f3984f3b"
  },
  %Accounts.Sessions.Session{
   __meta__: #Ecto.Schema.Metadata<:loaded, "sessions">,
   account_sso_id: "5e58105ae68f5258f3984f3d",
   id: "9c295b1a-2a84-40c0-a871-5a6ff484c6fb",
   inserted_at: ~N[2022-03-19 23:13:47],
   other_accounts: [],
   products: [
    %Accounts.Sessions.Session.Product{
        base_url: "https://app.leadconduit.com",
     id: "lcx",
        marketing_url: "https://activeprospect.com/products/leadconduit/",
     name: "LeadConduit",
     subscribed: true
    },
    %Accounts.Sessions.Session.Product{
        base_url: "https://app.suppressionlist.com",
     id: "suppressionlist",
        marketing_url: "https://activeprospect.com/products/leadconduit/",
     name: "SuppressionList",
     subscribed: true
    }
   ],
   user_sso_id: "616dd71b9f49b909654f72eb"
  },
  %Accounts.Sessions.Session{
   __meta__: #Ecto.Schema.Metadata<:loaded, "sessions">,
   account_sso_id: "5e58105ae68f5258f3984f3d",
   id: "1320a5f8-df0b-4ace-88fb-70de0c0ba40d",
   inserted_at: ~N[2022-03-19 23:17:09],
   other_accounts: [],
   products: [
    %Accounts.Sessions.Session.Product{
        base_url: "https://app.leadconduit.com",
     id: "lcx",
        marketing_url: "https://activeprospect.com/products/leadconduit/",
     name: "LeadConduit",
     subscribed: true
```

```
   },
   %Accounts.Sessions.Session.Product{
       base_url: "https://app.suppressionlist.com",
    id: "suppressionlist",
       marketing_url: "https://activeprospect.com/products/leadconduit/",
    name: "SuppressionList",
    subscribed: true
   }
 ],
 user_sso_id: "616dd71b9f49b909654f72eb"
},
%Accounts.Sessions.Session{
 __meta__: #Ecto.Schema.Metadata<:loaded, "sessions">,
 account_sso_id: "5e58105ae68f5258f3984f3d",
 id: "7fbcd73d-3d58-4eed-b2ce-9d28e25e25a5",
 inserted_at: ~N[2022-03-19 23:25:36],
 other_accounts: [],
 products: [
   %Accounts.Sessions.Session.Product{
       base_url: "https://app.leadconduit.com",
    id: "lcx",
       marketing_url: "https://activeprospect.com/products/leadconduit/",
    name: "LeadConduit",
    subscribed: true
   },
   %Accounts.Sessions.Session.Product{
       base_url: "https://app.suppressionlist.com",
    id: "suppressionlist",
       marketing_url: "https://activeprospect.com/products/leadconduit/",
    name: "SuppressionList",
    subscribed: true
   }
 ],
 user_sso_id: "5e581059e68f5258f3984f3b"
},
%Accounts.Sessions.Session{
 __meta__: #Ecto.Schema.Metadata<:loaded, "sessions">,
 account_sso_id: "5e58105ae68f5258f3984f3d",
 id: "8f0e5192-8b57-41ad-a877-e53c16c56985",
 inserted_at: ~N[2022-03-28 00:39:27],
 other_accounts: [],
 products: [
   %Accounts.Sessions.Session.Product{
       base_url: "https://app.leadconduit.com",
    id: "lcx",
       marketing_url: "https://activeprospect.com/products/leadconduit/",
    name: "LeadConduit",
    subscribed: true
   },
```

```
    %Accounts.Sessions.Session.Product{
        base_url: "https://app.suppressionlist.com",
      id: "suppressionlist",
        marketing_url: "https://activeprospect.com/products/leadconduit/",
      name: "SuppressionList",
      subscribed: true
    }
  ],
  user_sso_id: "5e581059e68f5258f3984f3b"
 }
]
```

Developer Notes:

The Mongo User table shows some duplication but the similar info for a few accounts. Under the names "Testing Testing", "Ross Brieman" created at various dates.

```
[
  %Accounts.MongoUser{
    account_id: "5e58106833d06a67c4000001",
    api_key: "9a237b5fa36af171ff40cf798935cda8",
    created_at: ~U[2021-10-18 20:24:10Z],
    email: "ross@leadprosper.io",
    first_name: "Testing",
    id: "616dd71b9f49b909654f72eb",
    internal_id: "616dd7ea093cc908f5bcb4dd",
    last_name: "Testing",
    phone: nil,
    sso_expires_at: nil,
    superuser?: false,
    updated_at: ~U[2022-03-19 23:18:00Z]
  },
  %Accounts.MongoUser{
    account_id: "5e58106833d06a67c4000001",
    api_key: "9a237b5fa36af171ff40cf798935cda8",
    created_at: ~U[2021-10-18 20:24:10Z],
    email: "ross@leadprosper.io",
    first_name: "Testing",
    id: "616dd71b9f49b909654f72eb",
    internal_id: "616dd7ea093cc908f5bcb4dd",
    last_name: "Testing",
    phone: nil,
    sso_expires_at: nil,
    superuser?: false,
    updated_at: ~U[2022-03-19 23:18:00Z]
  },
```

```
%Accounts.MongoUser{
  account_id: "5e58106833d06a67c4000001",
  api_key: "91ac4eb1bb30116911a2316bb378fef0",
  created_at: ~U[2020-02-27 18:54:17Z],
  email: "ross@dataprosper.com",
  first_name: "Ross",
  id: "5e581059e68f5258f3984f3b",
  internal_id: "5ea7817e545cd67c1200bb4d",
  last_name: "Breiman",
  phone: "9542543624",
  sso_expires_at: ~U[2021-02-05 20:03:20Z],
  superuser?: false,
  updated_at: ~U[2022-03-28 00:39:27Z]
},
%Accounts.MongoUser{
  account_id: "5e58106833d06a67c4000001",
  api_key: "91ac4eb1bb30116911a2316bb378fef0",
  created_at: ~U[2020-02-27 18:54:17Z],
  email: "ross@dataprosper.com",
  first_name: "Ross",
  id: "5e581059e68f5258f3984f3b",
  internal_id: "5ea7817e545cd67c1200bb4d",
  last_name: "Breiman",
  phone: "9542543624",
  sso_expires_at: ~U[2021-02-05 20:03:20Z],
  superuser?: false,
  updated_at: ~U[2022-03-28 00:39:27Z]
},
%Accounts.MongoUser{
  account_id: "5e58106833d06a67c4000001",
  api_key: "91ac4eb1bb30116911a2316bb378fef0",
  created_at: ~U[2020-02-27 18:54:17Z],
  email: "ross@dataprosper.com",
  first_name: "Ross",
  id: "5e581059e68f5258f3984f3b",
  internal_id: "5ea7817e545cd67c1200bb4d",
  last_name: "Breiman",
  phone: "9542543624",
  sso_expires_at: ~U[2021-02-05 20:03:20Z],
  superuser?: false,
  updated_at: ~U[2022-03-28 00:39:27Z]
},
%Accounts.MongoUser{
  account_id: "5e58106833d06a67c4000001",
  api_key: "9a237b5fa36af171ff40cf798935cda8",
  created_at: ~U[2021-10-18 20:24:10Z],
  email: "ross@leadprosper.io",
  first_name: "Testing",
  id: "616dd71b9f49b909654f72eb",
```

```
    internal_id: "616dd7ea093cc908f5bcb4dd",
    last_name: "Testing",
    phone: nil,
    sso_expires_at: nil,
    superuser?: false,
    updated_at: ~U[2022-03-19 23:18:00Z]
  },
  %Accounts.MongoUser{
    account_id: "5e58106833d06a67c4000001",
    api_key: "9a237b5fa36af171ff40cf798935cda8",
    created_at: ~U[2021-10-18 20:24:10Z],
    email: "ross@leadprosper.io",
    first_name: "Testing",
    id: "616dd71b9f49b909654f72eb",
    internal_id: "616dd7ea093cc908f5bcb4dd",
    last_name: "Testing",
    phone: nil,
    sso_expires_at: nil,
    superuser?: false,
    updated_at: ~U[2022-03-19 23:18:00Z]
  },
  %Accounts.MongoUser{
    account_id: "5e58106833d06a67c4000001",
    api_key: "91ac4eb1bb30116911a2316bb378fef0",
    created_at: ~U[2020-02-27 18:54:17Z],
    email: "ross@dataprosper.com",
    first_name: "Ross",
    id: "5e581059e68f5258f3984f3b",
    internal_id: "5ea7817e545cd67c1200bb4d",
    last_name: "Breiman",
    phone: "9542543624",
    sso_expires_at: ~U[2021-02-05 20:03:20Z],
    superuser?: false,
    updated_at: ~U[2022-03-28 00:39:27Z]
  },
  %Accounts.MongoUser{
    account_id: "5e58106833d06a67c4000001",
    api_key: "91ac4eb1bb30116911a2316bb378fef0",
    created_at: ~U[2020-02-27 18:54:17Z],
    email: "ross@dataprosper.com",
    first_name: "Ross",
    id: "5e581059e68f5258f3984f3b",
    internal_id: "5ea7817e545cd67c1200bb4d",
    last_name: "Breiman",
    phone: "9542543624",
    sso_expires_at: ~U[2021-02-05 20:03:20Z],
    superuser?: false,
    updated_at: ~U[2022-03-28 00:39:27Z]
  }
```

]