# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACTIVEPROSPECT, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>TECH PROSPER LLC a/k/a<br>COMPLIANT LEAD a/k/a<br>LEAD PROSPER and<br>DATA PROSPER, LLC,<br><br>　　Defendants. | Civil Action No. 6:22-cv-00525-ADA<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF MICHAEL A. MCCABE

I, Michael A. McCabe, declare as follows:

1. I am an attorney licensed to practice law in the State of Texas and am admitted before this Court. I am an attorney with the law firm Munck Wilson Mandala, LLP and counsel for Plaintiff ActiveProspect, Inc. ("ActiveProspect"). I submit this Declaration in support of ActiveProspect's Motion for Preliminary Injunction.

2. Attached as **Exhibit 1** is a true and correct copy of a cease-and-desist letter and accompanying patent infringement claim chart that I sent on behalf of ActiveProspect to Ross Breiman at Tech Prosper, LLC on April 6, 2022.

3. Attached as **Exhibit 2** is a true and correct copy of a letter dated April 13, 2022, from Robert Garson, counsel for Tech Prosper, LLC, to me, responding to my April 6, 2022 cease-and-desist letter.

4. I declare under penalty of perjury that the statements made in this declaration are true and correct.

1

Executed on May 25th, 2022 in Dallas, Texas.

_____
Michael A. McCabe